## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, an employee benefit plan, and RONALD KAEMPFE, EUGENE KEELEY, PETE KORTE, RONALD JOHNSON, MICHAEL PARKINSON, and ROBERT K. GERMANN, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Pension Fund, and EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 HEALTH AND WELFARE FUND, and RONALD KAEMPFE, EUGENE KEELEY, RONALD JOHNSON, PETE KORTE, MICHAEL PARKINSON, and ROBERT K. GERMANN, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Health and Welfare Fund, and OPERATING ENGINEERS LOCAL 520 JOINT APPRENTICESHIP AND TRAINING FUND, and EUGENE KEELEY, MICHAEL LUHR, MICHAEL PARKINSON, RONALD JOHNSON, MARK JOHNSON, and GARY THIEMS, in their representative capacities as Trustees of the Operating Engineers Local 520 Joint Apprenticeship and Training Fund, and EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 VACATION FUND, and CHARLES MAHONEY, TIM KEELEY, RONALD JOHNSON, DAVID BAXMEYER, TERRY MACZURA and MARK JOHNSON, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Vacation Fund, and OPERATING ENGINEERS LOCAL 520 ANNUITY TRUST FUND, and RONALD JOHNSON, HENRY ROHWEDDER, MICHAEL PARKINSON, KENNETH J. KILIAN, FRED W. HAIER, and RONALD KAEMPFE, in their representative capacities as Trustees of the Operating Engineers Local 520 Annuity Trust Fund,

Plaintiffs,

v.

LUGGE CONCRETE CONSTRUCTION, INC.,

Defendant.                                                    Case No. 09-cv-610-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on plaintiffs' Amended Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated August 3, 2010, judgment is entered in favor of the above-stated plaintiffs, **EMPLOYERS and OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al,** and against defendants, **LUGGE CONCRETE CONSTRUCTION, INC.,** in the total amount of $38,378.59, plus attorneys' fees and court costs. -------------------------

                                          **NANCY J. ROSENSTENGEL,**
                                          **CLERK OF COURT**


                                          **BY:**      **/s/*Sandy Pannier***
                                                             **Deputy Clerk**

Dated: August 5, 2010


APPROVED: /s/ *David R Herndon*
                  CHIEF JUDGE
                  U. S. DISTRICT COURT