IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS AND OPERATING**
**ENGINEERS LOCAL 520 PENSION**
**FUND, et al.,**

    **Plaintiffs,**

**v.**

**LUGGE CONCRETE CONSTRUCTION, INC.,**

    **Defendant.**                          **Case No. 09-cv-610-DRH**

### ORDER

**HERNDON, District Judge:**

    Defendant has filed a Suggestion of Bankruptcy (Doc. 41) to inform the Court that on October 5, 2010, it filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Illinois, assigned as case number 10-32607 (Doc. 41). Pursuant to the automatic stay provision of **11 U.S.C. § 362** of the Bankruptcy Code, this action is hereby **STAYED**. The parties are hereby **DIRECTED** to inform the Court once Defendant's bankruptcy proceedings are complete or relief from the stay is otherwise allowed by the Bankruptcy Court.

    **IT IS SO ORDERED.**

    Signed this 6th day of October, 2010.

                                                  /s/     *David R Herndon*

                                                   **Chief Judge**
                                                   **United States District Court**