UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING ENGINEERS
LOCAL 520 PENSION FUND et al,

    Plaintiffs,

v.

LUGGE CONCRETE
CONSTRUCTION, INC.,

    Defendant.                            No. 09-cv-610-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by the plaintiffs.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Acknowledging the Stipulation of Dismissal (Doc. 46), entered on September 4, 2015, this case is **DISMISSED** with prejudice.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                              BY:    /s/*Caitlin Fischer*
                                        **Deputy Clerk**

Dated:   September 8, 2015

Digitally signed by David R. Herndon
Date: 2015.09.08 11:39:28 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT